1  RICHARD M. ROGERS, #045843
   MAYO & ROGERS
2  100 Bush Street, #2110
   San Francisco, CA 94104
3  Telephone:   415/397-1515
   Facsimile:   415/397-1540
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   POPPIE G. KOUREMETIS
6

7  DENNIS J. HERRERA, #139669
   City Attorney
8  ELIZABETH S. SALVESON, #083788
   Chief Labor Attorney
9  LARRY HECIMOVICH, #129688
   RUTH M. BOND, #214582
10 Deputy City Attorney
   Fox Plaza
11 1390 Market Street, 5th Floor
   San Francisco, CA 94102
12 Telephone:   415/554-3976
   Facsimile:   415/554-4248
13 Email:       ruth.bond@sfgov.org

14 Attorneys for Defendant
   City and County of San Francisco
15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POPPIE G. KOUREMETIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, AND DOES 1 THROUGH ) <br> 10, INCLUSIVE, ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. C05-01198 MMC** <br><br> Case filed:         02/15/05 <br> Removed to USDC:    03/24/05 <br> Trial date:         09/18/06 <br><br> **APPLICATION TO CONTINUE SCHEDULED DATES; ORDER THEREON** |

1   The parties hereto have entered into a contingent Settlement Agreement. Therefore, the
2   parties jointly request that the Court continue all dates 120 days. The contingency is approval of
3   Plaintiff's application for disability retirement.

Respectfully submitted,

Dated:   12/07/05

MAYO & ROGERS

By: /s/
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated:   12/07/05

DENNIS J. HERRERA,
City Attorney

By: /s/
RUTH M. BOND
Deputy City Attorney
Attorneys for Defendant

IT IS SO ORDERED. THE COURT, BY SEPARATE ORDER, WILL AMEND THE PRETRIAL PREPARATION ORDER.

Dated: December 8, 2005

By: [signature]
JUDGE OF THE U.S. DISTRICT COURT