United States District Court

For the Northern District of California

1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   POPPIE G. KOUREMETIS,                         No. C-05-1198 MMC

11            Plaintiffs,                          **ORDER VACATING PRETRIAL AND**
                                                   **TRIAL DATES; CONTINUING STATUS**
12       v.                                        **CONFERENCE**

13   CITY AND COUNTY OF SAN FRANCISCO,

14            Defendant
                                          /
15

16          Before the Court is plaintiff's "Status Conference Update," filed November 20, 2007,

17   and defendant's joinder therein, filed November 27, 2007.

18          Having reviewed said documents, and in light of the parties' prior representation that

19   they have settled the instant matter contingent on approval of plaintiff's application for

20   disability retirement,[1] the Court, at the parties' joint request, hereby VACATES the existing

21   pretrial and trial dates, and CONTINUES the Status Conference from December 7, 2007 to

22   April 18, 2008, at 10:30 a.m.  A Joint Status Conference Statement shall be filed no later

23   than April 11, 2008.

24          **IT IS SO ORDERED.**

25

26   Dated:  November 28, 2007

                                                   _____
                                                   MAXINE M. CHESNEY
                                                   United States District Judge
27

28
     _____
            [1]Plaintiff reports that the retirement board has set a December 7, 2007 hearing on
     plaintiff's application.