IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POPPIE KOUREMETIS,            No. C 05-1198 MMC

    Plaintiff,            **ORDER OF DISMISSAL**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendants
_____/

      The parties having advised the Court that they have agreed to a settlement of the above-titled action,

      IT IS HEREBY ORDERED that plaintiff's claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

      The April 18, 2008 Case Management Conference is hereby VACATED.

      **IT IS SO ORDERED.**

Dated: March 24, 2008

MAXINE M. CHESNEY
United States District Judge